IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALLEN ROBERT GOUL                                                    PLAINTIFF

VS.                                                   CIVIL ACTION NO. 5:05CV55DCB-JCS

DOLAN WALLER, ET AL.                                                DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion and order entered this date, the court finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the __25th__ day of __July__, __2006__.

S/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE